UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>V.<br><br>MIGUEL LOZADA,<br>        Defendant. | )  CRIM. NO. 05-30050 MAP<br>)<br>)  VIOLATIONS:<br>)<br>)<br>)  18 U.S.C. §922(g)(1) -<br>)  Possession of a Firearm and<br>)  Ammunition by a Convicted<br>)  Felon<br>)<br>)  18 U.S.C. § 2<br>)  Aiding and Abetting<br>)<br>)<br>)<br>) |

SCANNED

### INDICTMENT

The Grand Jury charges that:

COUNT ONE:   Title 18, United States Code, Section 922(g)(1) - Possession of a Firearm and Ammunition by a Convicted Felon; Title 18, United States Code, Section 2 - Aiding and Abetting

On or about May 30, 2005, in Hampden County, in the District of Massachusetts,

**MIGUEL LOZADA,**

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly did possess, in or affecting interstate commerce, the following firearm and ammunition:

- .357 Magnum Revolver bearing serial # 160-93889
- twenty-five .357 Magnum rounds of ammunition
- three 38 caliber rounds of ammunition
- one 9 mm Luger round of ammunition

- one 308 caliber round of ammunition

All in violation of Title 18, United States Code, Section 922(g)(1); and Title 18, United States Code, Section 2.

2

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Paul Hart Smyth
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS: _____ JULY 7 _____, 2005 at 10:10a

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK OF THE COURT

3