UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

_Miguel Lozada_           Criminal Action No. _____

## NOTICE RE: AUTOMATIC DISCLOSURE

☑ In accordance with Local Rule (LR) 116.1 the defendant, _Miguel Lozada_ states that no waiver will be filed and requests that the government provide automatic discovery in accordance with LR 116.1(C).

☐ waives the automatic disclosure of discovery material pursuant to Local Rule 116.1(B). Discovery will be obtained directly through the provisions of the Federal Rules of Criminal Procedure in the manner provided under Local Rule 116.3.

If no election is made, automatic discovery will be conducted pursuant to the Local Rules.

_7/12/05_
Date

_Perman Glenn III_
Attorney for the Defendant
Perman Glenn, III

### Certificate of Service

I hereby certify that on _7-12-05_, I served a copy of this document via mail/in-hand upon counsel for the Government.

_P. Glenn_
Attorney for Defendant