UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNTIED STATES OF AMERICA | ) |
| | ) |
| VS. | ) |
| | ) CRIMINAL NO. 05-30050- MAP |
| MIGUEL LOZADA, | ) |
|     Defendant | ) |

### NOTICE OF DEFENSE

Now comes the Defendant, Miguel Lozada, and does hereby respectfully give notice to this Honorable Court that he does intend to present a defense of entrapment at trial in the above referenced matter.

Respectfully Submitted,
The Defendant

By his attorney:

Perman Glenn, III
Law Offices of Perman Glenn, III
1163 Main Street
Springfield, MA 01103
(413)734-9955

December 8, 2005