UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNTIED STATES OF AMERICA | ) |
| | ) |
| VS. | ) |
| | ) CRIMINAL NO. 05-30050- MAP |
| MIGUEL LOZADA, | ) |
|     Defendant | ) |

### DEFENDANT'S LIST OF PROSPECTIVE WITNESSES

Now comes the Defendant, Miguel Lozada, and does hereby respectfully the following names of individuals whom the Defendant anticipates will either testify on his behalf or whom will be called to provide rebuttal testimony:

1. Julio Marin — 43 Central Street, Apt. 43A, Springfield, MA
2. Jose Alicea — Greenfield House of Corrections, Greenfield, MA
3. Luz Torres — Springfield, Massachusetts
4. David Ruiz — Greenfield House of Corrections, Greenfield, MA
5. Yasmine Delgado — Springfield, Massachusetts

          The Defendant,
          Miguel Lozada

By his attorney: _____
          Perman Glenn, III
          Law Offices of Perman Glenn, III
          1163 Main Street
          Springfield, MA 01103
January 19, 2006          (413)734-9955