```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
        v.                    )   CRIMINAL NO. 05-30050-MAP
                              )
MIGUEL LOZADA,                )
        Defendant.            )
```

THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h), from November 21, 2005, through March 9, 2006 for the following reasons:

1. Counsel has needed this time to review the Government's evidence with the Defendant and to file discovery motions and pretrial motions. See 18 U.S.C. Section 3161(h)(8)(A).

2. The parties have needed this time to proceed in a manner as set forth in the Government's sealed Motion to Continue (Dkt. # 16) filed on November 21, 2005. See 18 U.S.C. Section 3161(h)(8)(A)

3. Attorney Glenn is unavailable during February 2006, and the time should be excluded for reasons of continuity of counsel. See 18 U.S.C. §3161(h)(8)(B)(iv).

It is in the best interests of the Defendant, the Government, and the public, to exclude the time from November 21,

2005 through March 9, 2006, from the period within which the trial of this case must commence under the Speedy Trial Act.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN  
                                  United States Attorney

                    By:   /s/ Paul Hart Smyth  
                            _____  
                            Paul Hart Smyth  
                            Assistant U.S. Attorney

Dated: January 30, 2006