```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                             )
        v.                   )   CRIMINAL NO. 05-cr-30050-MAP
                             )
                             )
MIGUEL LOZADA,               )
    Defendant.               )
```

**MOTION FOR A CONTINUANCE**
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts respectfully requests this Court to continue the scheduled status hearing from March 9, 2006 to a further date. The undersigned Assistant U.S. Attorney will be before District Court Judge Reginald Lindsay on March 9, 2006 in the United States v. Luz Torres et al. (05-cr-30032-RCL. The parties request the Court to continue this hearing until one of the following dates: March 13, 14, or 15, 2006.

Attorney Perman Glenn has assented to this motion.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Paul Hart Smyth
                              _____
                              Paul Hart Smyth
                              Assistant U.S. Attorney
```

Dated:    March 8, 2006