UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2006 MAR 13 P 12: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNTIED STATES OF AMERICA | ) |
| VS. | ) |
| | ) |
| MIGUEL LOZADA, | ) CRIMINAL NO. 05-30050- MAP |
| Defendant | ) |

## ASSENTED TO MOTION TO CONTINUE

Now comes counsel for the Defendant, Miguel Lozada and seeks a motion to continue the Final Conference on the above captioned matter which had previously been continued to March 14, 2006 at 12:00p.m.

As grounds for said request counsel states that on January 10, 2006, I received a call from Assistant Clerk Laura Santinello informing me that Superior Court Judge Daniel Ford wants to begin a Jury Impanelment on the case of Commonwealth v. Moises Rivera, Indictment Number 05-476-1. Therefore, I am scheduled to impanel and try this case on March 14, 2006 which may entail two days of trial.

I have informed Assistant U.S. Attorney Smyth who is also unavailable in the afternoon to be present for the final hearing.

Defense counsel seeks a continuance to a mutually convenient date.

The Defendant,
Miguel Lozada

By his attorney: _____
Perman Glenn, III
Law Offices of Perman Glenn, III
1163 Main Street
Springfield, MA 01103
(413) 734-9955

Dated: March 13, 2006