UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNTIED STATES OF AMERICA ) | |
| ) | |
| VS. ) | |
| ) | CRIMINAL NO. 05-30050- MAP |
| MIGUEL LOZADA, ) | |
| Defendant ) | |

### MOTION TO CLARIFY COURT DATE

Now comes counsel for the Defendant and requests that the court clarify/change the court date currently set for March 23, 2006.

Counsel states that he is unavailable on this date due to his teaching schedule in New Orleans, LA.

Counsel is available for final conference on the following dates: March 16, 17, 20, 21, 27, 28, 29, 30, 31, April 3, 4, 10, 11, 12, 13 & 14, 2006.

Respectfully Submitted,

_____
Perman Glenn, III
Law Offices of Perman Glenn, III
1163 Main Street
Springfield, MA 01103
(413) 734-9955

Dated: March 15, 2006