UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>)<br>v.                                            )<br>)<br>)<br>MIGUEL LOZADA,                       )<br>      Defendant           ) | Criminal No. 05-30050-MAP |

INTERIM STATUS REPORT
March 21, 2006

NEIMAN, U.S.M.J.

The court held a Status Conference this day pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has continued the final Status Conference to April 20, 2006.

3. The parties -- and the court -- have agreed and determined for the reasons set forth in the parties' joint statement and as agreed in court today, that no time will have run on the Speedy Trial Clock through April 20, 2006. A separate order shall issue.

4. There are no other matters to report relevant to the progress or resolution of the case.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge