```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
                            )
        v.                  )    CRIMINAL NO. 05-cr-30050-MAP
                            )
                            )
MIGUEL LOZADA,              )
      Defendant.            )
```

### THE GOVERNMENT'S AND THE DEFENDANT'S STATUS <u>REPORT PURSUANT TO LOCAL RULE 116.5©</u>

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, through the undersigned assistant U.S. Attorney, hereby submits the following status report pursuant to Local Rule 116.5© and Magistrate Judge Neiman's written orders.

    1.    The government has provided automatic discovery to the defendant pursuant to Fed.R.Crim.P. 16 and Local Rules 116 and 117 of the District of Massachusetts. The government has responded to the Defendant's discovery motions, and there are outstanding discovery issues in this case.

    2.    The Defendant has announced that he intends to raise an entrapment defense. The Defendant will not raise an alibi defense.

    3.    Counsel for Defendant is not yet certain as to whether he will file any motion to dismiss, or suppress on behalf of the Defendant.

    4.    The parties agree that the time from March 9, 2006, through the resolution of the outstanding discovery issues is

excludable from the Speedy Trial Act in the interests of justice and since the parties have not resolved the defendant's discovery motions have been pending. See 18 U.S.C. §3161(h)(1)(f). Accordingly, the government requests that the Court issue an order indicating that the time from initial appearance to the present is excludable pursuant to Local Rule 112.2(B).

    5.   The parties are unclear at present whether this case will be resolved pursuant to a trial or a change of plea.

    6.   The parties agree that it is appropriate to schedule a date for a pretrial hearing.

    Filed this 19th day of April, 2006.

                      Respectfully submitted,

                      MICHAEL J. SULLIVAN
                      United States Attorney

           By:  /s/ Paul Hart Smyth
                _____
                Paul Hart Smyth
                Assistant U.S. Attorney


                _____
                Perman Glenn, Esq.
                Counsel for the Defendant