UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.                                                       )        Criminal No. 05-30050-MAP<br>)<br>)<br>)<br>MIGUEL LOZADA,                           )<br>                    Defendant    ) | |

FINAL STATUS REPORT
April 20, 2006

NEIMAN, C.M.J.

The court held a final status conference this day and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. Discovery is complete.

2. A pretrial conference has been scheduled for May 17, 2006, at 10:00 a.m. in Courtroom I.

3. Defendant does not intend to raise a defense of insanity or public authority. Defendant does intend to raise of defense of entrapment.

4. The parties -- and the court -- agree that, as of today, no time has run on the Speedy Trial clock. An Order of Excludable Delay shall issue.

5. There are no other matters relevant to the progress or resolution of the case.

              /s/ Kenneth P. Neiman
              KENNETH P. NEIMAN

Chief Magistrate Judge