UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNTIED STATES OF AMERICA )
)
VS. )
)
) CRIMINAL NO. 05-30050- MAP
MIGUEL LOZADA, )
    Defendant )
)

## MOTION TO CONTINUE FINAL STATUS CONFERENCE

Now comes Perman Glenn, III counsel for the Defendant, Miguel Lozada and requests that this matter be continued to a further date. Counsel is unavailable due to his appearance as counsel in a murder trial which began on May 15, 2006 and is currently ongoing. This trial is expected to continue through and until May 27, 2006.

Respectfully Submitted
Counsel for the Defendant,

*Perman Glenn III* (signature)
Perman Glenn, III
1163 Main Street
Springfield, MA 01103
(413) 734-9955
(413) 734-1255 fax

Dated: May 16, 2006