UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 MAY 30 P 2: 30

UNTIED STATES OF AMERICA )
)
VS. )
)
) CRIMINAL NO. 05-30050-MAP
MIGUEL LOZADA, )
    Defendant )
)

U.S. DISTRICT COURT
DISTRICT OF MASS.

## MOTION TO CONTINUE FINAL STATUS CONFERENCE

Now comes Perman Glenn, III counsel for the Defendant, Miguel Lozada and requests that this matter be continued to a further date. Counsel is unavailable due to a recent death in the family. Counsel will be out of state in Florida attending such funeral.

Counsel respectfully requests a continuance of this matter.

Respectfully Submitted
Counsel for the Defendant,

*[signature: Perman Glenn III]*

Perman Glenn, III
1163 Main Street
Springfield, MA 01103
(413) 734-9955
(413) 734-1255 fax

Dated: May 30, 2006