UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
                              )
           v.                 )     CRIMINAL NO. 05-30050-MAP
                              )
                              )
                              )
                              )
Miguel Lozada,                )
     Defendant.               )

## MOTION FOR AN ORDER OF EXCLUDABLE DELAY
### (Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, through the undersigned Assistant U.S. Attorney, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h) from June 8, 2006, through July 26, 2006 in the interests of justice and for reasons of continuity of counsel. See 18 U.S.C. §3161(h)(8)(B)(iv).  This delay was caused by Attorney Glenn's competing caseload and personal matters (including the death of a relative).

It is in the best interests of the Defendant, the Government, and the public, to exclude the time from June 8, 2006 through July 26, 2006 from the period within which the trial of this case must commence under the Speedy Trial Act.

Filed this 21st day of June, 2006.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Paul Hart Smyth
     _____
     Paul Hart Smyth
     Assistant U.S. Attorney