```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
                              )
         v.                   )   CRIMINAL NO. 05-30050-MAP
                              )
                              )
                              )
                              )
Miguel Lozada,                )
    Defendant.                )
```

### MOTION FOR AN ORDER OF EXCLUDABLE DELAY
### (Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, through the undersigned Assistant U.S. Attorney, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h) from July 27, 2006 through September 22, 2006 in the interests of justice reasons that include continuity of defense counsel.  See 18 U.S.C. §3161(h)(8)(B)(iv).

It is in the best interests of the Defendant, the Government, and the public, to exclude the time from July 27, 2006 through September 22, 2006 from the period within which the trial of this case must commence under the Speedy Trial Act.

Filed this 21st day of August, 2006.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Paul Hart Smyth
                              _____
                              Paul Hart Smyth
                              Assistant U.S. Attorney