```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
                               )
        v.                     )    CRIMINAL NO. 05-cr-30050-MAP
                               )
                               )
Miguel Lozada,                 )
     Defendants.               )
```

## MOTION FOR A CONTINUANCE
### (Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests this Court to continue this case presently scheduled for a change of plea hearing on September 22, 2006. On September 19, 2006, the undersigned Assistant U.S. Attorney received notice to report for grand jury duty for the Franklin County Superior Court on September 22. The undersigned Assistant U.S. Attorney was selected for grand jury duty in July 2006. The grand jury meets on an "as needed" basis, and the Franklin County Clerk's Office notifies grand jurors, by letter, approximately one week prior to the date of service. Accordingly, the undersigned Assistant U.S. Attorney is unavailable on September 22, and respectfully requests this Court to continue the hearing until a date during one of the following time periods: (1) September 28 through October 4; or (2) October 18 through October 27. The undersigned Assistant U.S. Attorney will be in Ireland from October 6 through October 16.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:  /s/ Paul Hart Smyth
      _____
      Paul Hart Smyth
      Assistant U.S. Attorney