```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
                            )
         v.                 )   CRIMINAL NO. 05-30050-MAP
                            )
                            )
                            )
                            )
Miguel Lozada,              )
     Defendant.             )
```

## MOTION FOR AN ORDER OF EXCLUDABLE DELAY
### (Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, through the undersigned Assistant U.S. Attorney, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h) from September 22, 2006 though November 27, 2006 in the interests of justice for reasons that include continuity of counsel.  See 18 U.S.C. §3161(h)(8)(B)(iv).  Both counsel had competing case obligations and conflicts which prevented the Court from scheduling a trial date before November 27, 2006.  In addition, the parties have continued to negotiate a plea agreement in an attempt to resolve this case before the trial date of November 27, 2006.

It is in the best interests of the Defendant, the Government, and the public, to exclude the time from September 22, 2006 through November 27, 2006 from the period within which the trial of this case must commence under the Speedy Trial Act.

Filed this 3rd day of October, 2006.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                    By:  /s/ Paul Hart Smyth
                         _____
                         Paul Hart Smyth
                         Assistant U.S. Attorney
```