UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNTIED STATES OF AMERICA ) | |
| ) | |
| VS. ) | |
| ) CRIMINAL NO. 05-30050- MAP | |
| MIGUEL LOZADA, ) | |
|     Defendant ) | |

## DEFENSE COUNSEL'S EMERGENCY MOTION TO RESCHEDULE TIME FOR CHECK TRIAL STATUS HEARING

Now comes Perman Glenn, III, and does hereby respectfully request that this Honorable Court change the time of the Check Trial Status Hearing presently scheduled for 11:30 a.m. on November 17, 2006.

Attorney Glenn has a previously scheduled matter pending in Springfield District Court pertaining to a show cause hearing.  The hearing is Springfield District Court is scheduled for 12:00 p.m. on November 17, 2006 or in the alternative that it be rescheduled to sometime after 1:00 p.m. on November 17, 2006.

Attorney Glenn is available to attend a Check Trial Status Hearing in the above referenced matter at any time between 9:00 a.m. and 10:30 a.m. on November 17, 2006.

In addition, for purposes of preparing this Honorable Court for such event, counsel provides that there is a <u>high probability of a change of plea</u> taking place in this matter.

                                          Respectfully Submitted,
                                          Counsel for the Defendant

                            By:   /s/Perman Glenn, III
                                  Perman Glenn, III
                                  Law Offices of Perman Glenn, III
                                  1163 Main Street
                                  Springfield, MA 01103
                                  (413)734-9955

November 16, 2006