To: United States Attorney's office
1550 Main St.
Springfield, MA. 01103

From: Miguel Lozada
90867-038
USP Allenwood
P.O. Box 3000
Whitedeer, PA. 17887

Re: Legal paper-work

I am currently an inmate in the federal Bureau of Prisons. I am working on my case and am requesting a copy of my sentencing transcripts, my docket sheet, and my sentencing minutes. I have no money and am unable to pay the fines that must be paid for this legal-work. But I really need these copies. It would be greatly appreciated.

Thank you for your time and patience.

Sincerely,

Miguel Lozada
90867-038

Miguel Lozada
90867-038